

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. PD-1756-13

**KEVIN DEWAYNE WALTON, Appellant**

**v.**

**THE STATE OF TEXAS**

### ON STATE'S PETITION FOR DISCRETIONARY REVIEW
### FROM THE FOURTEENTH COURT OF APPEALS
### HARRIS COUNTY

*Per curiam.*

## O P I N I O N

Appellant was convicted of harassment of a public servant and sentenced to 25 years in prison. On appeal, he argued, among other things, that the evidence was insufficient to support the $274 in court costs assessed against him in the judgment. The Court of Appeals agreed, relying on its own opinion in *Johnson v. State*, 389 S.W.3d 513 (Tex. App. – Houston

[14th Dist.] 2012).  *Walton v. State*, No. 14-12-00875-CR, 2013 Tex. App. LEXIS 14759 (Tex. App. – Houston [14th Dist.] December 5, 2013) (not designated for publication).

The State has filed a petition for discretionary review of this decision.  We recently handed down our opinion in *Johnson v. State*, No. PD-0193-13, 2014 Tex. Crim. App. LEXIS 240 (Tex. Crim. App. February 26, 2014), in which we set forth a roadmap for resolving questions regarding court costs.  *See also Cardenas v. State*, No. PD-0733-13, 2014 Tex. Crim. App. LEXIS 236 (Tex. Crim. App. February 26, 2014).

The Court of Appeals in the instant case did not have the benefit of our opinion in *Johnson*.  Accordingly, we grant the State's petition for discretionary review, vacate the judgment of the Court of Appeals, and remand this case to the Court of Appeals in light of our opinion in *Johnson*.  No motion for rehearing will be entertained.

Delivered: April 16, 2014
Do Not Publish